THOMAS P. BEKO, ESQ.
Nevada Bar No. 2653
BRENT RYMAN, ESQ.
Nevada Bar No. 8648
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant LOTSPEICH*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHAUNA CUMMINS, and HACIENDA RANCH, a Nevada Corporation,

    Plaintiff,

vs.

DALE LOTSPEICH, Individually and In His Official Capacity as a Deputy Sheriff for the County of Elko, State of Nevada; JOLENE SUPP, Individually and in Her Official Capacity as City Manager of Wells, Nevada; GEOFFREY ARNOLD, an Individual; and CAROL TURNER, an Individual,

    Defendants.
_____/

GEOFFREY ARNOLD and CAROL TURNER, individually,

    Counterclaimants,

vs.

SHAUNA CUMMINS,

    Counterdefendant.
_____/

Case No. CV-N-04-0709-DWH-VPC

**STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTION**

COMES NOW, Defendants DALE LOTSPEICH, and ELKO COUNTY, by and through their attorneys, Thomas P. Beko, and the Plaintiffs, by and through their attorneys, James Andre Boles, and hereby stipulate that these defendants shall have an additional 30 days within which to file any dispositive motions. This stipulation was requested by the

Defendant's counsel as a result of a terminal medical condition of family member which has, and will for the foreseeable future, require the Defendant's counsel to travel extensively between Reno, Tonopah and Las Vegas.

DATED this 20th day of July, 2007.

JAMES ANDRE BOLES.
423 Mill Street
Reno, Nevada 89502
Telephone (775) 329-1544
*Attorneys for Plaintiffs*

DATED this 31st day of July, 2007.

THOMAS P. BEKO, ESQ.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendant Lotspeich*

## ORDER

IT IS HEREBY ORDERED that the time within which to file dispositive motions shall be extended to August 30, 2007. NO FURTHER EXTENSIONS.

DATED this 2nd day of August, 2007.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2