UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

\* \* \* \* \*

| | |
|---|---|
| SHAUNA CUMMINS, and HACIENDA RANCH, a Nevada corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>DALE LOTSPEICH, et al.,<br><br>        Defendants. | 3:04-cv-00709-LRH-VPC<br><br><u>MINUTE ORDER</u><br><br>November 7, 2007 |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>ROSEMARIE MILLER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Before the Court is Defendant DALE LOTSPEICH's Motion to Exceed Page Limit on Defendant's Motion for Summary Judgment (#153) by 20 lines of text.  The Court hereby GRANTS Defendant's request.

     IT IS SO ORDERED.

                           LANCE S. WILSON, CLERK

                           By:  <u>     /s/     </u>
                                  Deputy Clerk